# NO. 12-15-00249-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | § | *APPEAL FROM THE* |
| *MARRIAGE OF JAMES LEE WHITE* | § | *COUNTY COURT AT LAW* |
| *AND BELINDA ZIMMERMAN WHITE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). The trial court's judgment was signed on April 28, 2015. As applied here, Texas Rule of Appellate Procedure 26.1 requires the notice of appeal to be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Therefore, Appellant was required to file his notice of appeal on or before May 28, 2015.

Appellant filed his notice of appeal on September 17, 2015, and did not file a motion for extension of time to file the notice of appeal as permitted by Texas Rule of Appellate Procedure 26.3. Because Appellant did not file his notice of appeal on or before May 28, 2015, the notice of appeal is untimely, and this court does not have jurisdiction of the appeal.

On October 5, 2015, this court notified Appellant that his notice of appeal was not filed within the time allowed by Rule 26.1 and that he did not file a motion for extension of time as permitted by Rule 26.3. Appellant was warned that the appeal would be dismissed unless, on or before October 15, 2015, the information in this appeal was amended to show the jurisdiction of this court. The October 15, 2015 deadline has passed, and Appellant has neither shown the jurisdiction of this court nor otherwise responded to its October 5, 2015 notice.

Because this court is not authorized to extend the time for filing the notice of appeal except as permitted by the Texas Rules of Appellate Procedure, we ***dismiss*** the appeal ***for want of jurisdiction***. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered October 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### OCTOBER 30, 2015

### NO. 12-15-00249-CV

### IN THE MATTER OF THE  MARRIAGE OF
### JAMES LEE WHITE AND BELINDA ZIMMERMAN WHITE

Appeal from the County Court at Law
of Smith County, Texas (Tr.Ct.No. 14-2476-E)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*